

USDC BALTIMORE
'22 AUG 12 PM 2:29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tavon Jamaal Partlow Sr.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Dental Designs Of White Marsh
Dr. Jeremie Dezwirek
Dr. Nina-Cecilia Santos

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 22-CV-2028-MJM

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
            *(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tavon Jamaal Partlow Sr. |
| Street Address | 4301 Greys Run Circle |
| City and County | Belcamp, Harford |
| State and Zip Code | Maryland |
| Telephone Number | 443-978-0731 |
| E-mail Address | Tavonpart1@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dr. Jeremie Dezwirek |
| Job or Title (if known) | Dentist |
| Street Address | 8114 Sandpiper Cir Suite 210 |
| City and County | Baltimore, Baltimore county |
| State and Zip Code | Maryland, 21236 |
| Telephone Number | 443-931-9400 |
| E-mail Address (if known) | dentaldesignsofwhitemarsh@gmail.com |

2

**Defendant No. 2**

| | |
|---|---|
| Name | Dr.Nina-Cecilia Santos |
| Job or Title (if known) | Dentist |
| Street Address | 8114 Sandpiper Cir Suite 210 |
| City and County | Baltimore, Baltimore county |
| State and Zip Code | Maryland, 21236 |
| Telephone Number | 443-931-9400 |
| E-mail Address (if known) | dentaldesignsofwhitemarsh@gmail.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Dental Designs Of White Marsh |
| Job or Title (if known) | Dental Office |
| Street Address | 8114 Sandpiper Cir Suite 210 |
| City and County | Baltimore, Baltimore county |
| State and Zip Code | Maryland, 21236 |
| Telephone Number | 443-931-9400 |
| E-mail Address (if known) | dentaldesignsofwhitemarsh@gmail.com |

**Defendant No. 4**

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)



*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

The Defendants, (Name) Dental Designs of White Marsh

The state of (Name) Maryland

The Defendants, (Name) Dr. Nina – Cecilia Santos

The state of (Name) Maryland

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

National Labors Relation Act 1935., 10 U.S. Code 920-Art. 120. Sexual contact. Marital interuptipn Cause of marital Abandonment.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Dr. Jeremie Dezwirek, is a citizen of the State of *(name)* Maryland. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* See Attachment

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $1,000,000, for the cause of alienation of affection, marital interuption, emotional distress, violating marriage by groping my wife's bottom. Which has caused us to seperate and begin the divorcing process.

5

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My wife works for Dental Designs, as for as I knew she was a front desk person. over the past few months she has gotten a raise and a promotion to assistant supervisor. As far as i know the supervisor and assistant supervisor is closer to the Dentists because they deal directly with them. My wife and I have been going through alot and of my understanding rough patches just like any other relationship or marriage. but we always get through them and rekindle our love and affection. In recent weeks my wife has been coming home later and even changed her attire Not only the attire but she shops at a different store called (shesdat) I believe. Our recent arguments was because of this Doctor Dez, this is what she refers to him as anyway. In June my wife was informed of an company get together. they have 3-5 get togethers a year I've never been to any and it's because my wife never invites me. she told me the last event the doctors said NO spouses but they (dental office) posted the event on there social media page and there were a few couples including the owners who are married. My wife has been at this company the full length of our marriage. we communicate about everything to my Knowledge. She informed me it was on a pirate ship and she needed to get a costume. (Money or not if the company had a day they had to dress up she went out of her way to do it) I was ok with it because it had become normal. she would dress up for certain things like Christmas in July or jersey day and any holiday. she would be happy and send me selfies with kissy faces. But when July 1st came around No costume. I asked "what about your costume honey?" She replied "I'm going to party city to get it." This was around 10:30am. July 1st. I'm crying as I write this because this is so painful. Since July 1st I have been getting nothing but marital alienation serious manipulation and mental abuse!! So she comes home from the event on pirate ship no costume! I asked " where's the costume?" she said "at her cousins house who she had taken with her instead of me. This was Red flags for me because she has nothing over there. We rent a 5 bedroom single family home with one car garage. So i asked "Why and if she had any pictures." She sent me bogus chest up shots 5 days later after I had to ask again. I've never had to ask for a pic before and I never had to beg for anything from my wife.

6

Attachment:

I know my wife and she loves the camera. I asked for full body pics, she said she didn't have any. Red Flags again. This makes my stomach drop so much! And I know I may be over writing but who ever reads this catch everything please! 2 weeks went by, and I asked by pushing the issue of her cousin or co-workers having any pictures. She said she would see if anyone had any, but to no avail! So, finally after 3 weeks I told her to get the costume, I was fed up! What's with all the secrets? She finally brought the costume home July 28, 2022. 27 days later. (Wow right), she sent a text to her cousin saying as soon as he see's it I'm leaving.

But why? Why would she text that? I have over 1000 pics that my wife has sent me. Full body! And side note 90% of the employees caught covid that day of July 1st including my wife and her cousin. So as she started opening the bag with the costume she says "I put gloves on because of the covid!" I said "Go ahead and close it up honey its ok!", I told her what I had to tell her because she had giving covid to me once she got home. Didn't want that for a 3rd time. But my wife knew why they all had covid 19. She even laughed about it.

I asked did y'all drink or smoke after one another? She said No I didn't. but we weren't 6 feet apart either. It was odd to me like they were showered with infected water or something! Like at a company party how close would you think people would be anyway. It's a company party! On Sunday July 31st My wife and I were having a romantic dinner and movie evening because the day before we had gone to Delaware park to see horse races and we got back a little late. I have great pics full bodies then too. This really breaks my heart. Just writing this I'm coming to the realization of the truth even more.

It was just us and we were going to ignite our romance. My wife was getting up to go check on the food and she said honey find something to watch for us. We were watching roku Tv but using her phone as the remote. As I was strolling through the menu a promotional gmail came through of that new store, and then a text. That pirate ship came to my mind again and the costume. I went with my gut feeling and opened the pictures. And the horror begins. At this company party July 1st My wife had torn off the shirt of one of the Dentist she works for Dr. Jeremie Dezwirek. And Foresaid Doctor grabbed and groped my wife's bottom. Now the tears are flowing again. He groped her buttocks in a sexual aggressive manner! My wife cousin who was filming said "Get it doctor Dez." And Dr. Nina-Cecilia Santos one of the owners, along with everyone else sit and watched. I thought she was pro marriage. She even posted us on their company social media pages.

And then I had a surge go through my mind and remembered 2 weeks ago around July 14 my wife and I had an argument over this same doctor giving her liquor. He had gone to Mexico she said for training. And brought back some Mexican liquor. He gave the whole bottle to my wife, but it was only missing like two shots. She said some of them in office took some. My whole issue was, why was the boss giving a married woman liquor at work and why 2 weeks before that he groped her? I have all the text and videos to validate my gut feeling. Side note I didn't find out about party till July 31, 2022. He's been a problem in my marriage.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

For alienation of affection, marital interuption, emotional distress, and for the end of my almost 3 year relationship and marriage. The longest I've ever been in, in my life. My wife left me July 31, 2022 all over a company party. She left the house and only returned to get clothing. the saddest time of my life. She was my partner, She helped pay bills and now we have to break a lease because she refuses to help. the monetary I'm Asking for is $1,000,000. for the previous mentioned transgressions on me and my marriage!

7

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/8/, 2022

Signature of Plaintiff: *Tavon Whitlow Sr*
Printed Name of Plaintiff: Tavon Jamaal Whitlow Sr.

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____

8